IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BOILERMAKER VACATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>SKELLY INC., et al.,<br><br>Defendants.<br>_____/ | No. C 06-01647 SI<br><br>**ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT** |

On September 22, 2006, the Court GRANTED plaintiff's motion to file its amended complaint and directed that the amended complaint be deemed filed as of that date.

**IT IS SO ORDERED.**

Dated: November 22, 2006

SUSAN ILLSTON
United States District Judge