R. Bradford Huss, No. 71303
Robert F. Schwartz, No. 227327
Clarissa A. Kang, No. 210660
TRUCKER ✦ HUSS
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone: (415) 788-3111
Facsimile: (415) 421-2017
E-mail: ckang@truckerhuss.com

Attorneys for Plaintiff
BOARD OF TRUSTEES OF THE
BOILERMAKER VACATION TRUST

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BOILERMAKER VACATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>SKELLY, INC.; SKELLY MECHANICAL, INC.,<br><br>Defendant. | Case No. CV 06-1647 SI<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT**<br><br>Date: **January 5, 2007**<br>Time: **9:00 a.m.**<br>Courtroom: **10**<br>Judge: **Hon. Susan Illston** |

This matter came on regularly for hearing at 9:00 a.m. on January 5, 2007. Having considered the papers filed regarding this Motion, the pleadings on file, and the argument of counsel, the Court finds:

Plaintiff's Motion for Entry of Default and Default Judgment is granted in its entirety.

THE COURT THEREFORE ORDERS THE FOLLOWING:

1. Default is entered against Defendants;

2. Default judgment is entered against Defendants and in favor of Plaintiff;

3. Plaintiff is awarded $32,768.79 ~~$32,603.91~~, which is the sum of known, unpaid contributions of $24,111.42, twenty percent liquidated damages on that amount of $4,822.28, and interest on the

$3,195.91     $639.18

1  principal amounts of the overdue contributions and liquidated damages of $~~3,058.50~~ and $~~611.70,~~

2  respectively;

3     3.    Defendants shall submit to an audit by the Trust, at Defendants' expense, to

4  determine the extent of Skelly Mechanical, Inc.'s delinquency and ability to meet its obligations

5  under the CBA and Trust Agreement, from December 2004 and forward through the completion of

6  the audit;

7     4.    Defendants shall pay to the Trust any additional contributions, liquidated damages,

8  and interest (accrued through date of payment) determined to be unpaid and owed to the Trust as a

9  result of the audit in item 3 above;

10    5.    Skelly Mechanical shall perform and continue performing its obligations under the

11 Trust Agreement and the Collective Bargaining Agreement ("CBA");

12    6.    Skelly Mechanical shall submit to the Trust reports of the hours worked by its

13 employees, as required under the CBA and Trust Agreement;

14    7.    Plaintiff is awarded $24,286.25 representing the Board's attorney's fees and costs;

15 and

16    8.    This Court will retain jurisdiction over this Action to monitor Skelly Mechanical's

17 ongoing obligations to make contributions and other payments under the Trust Agreement and

18 CBA and to submit to the Trust reports of the hours worked by its employees as well as

19 Defendants' compliance with the audit ordered herein.

20

21
   IT IS SO ORDERED.
22

23
   DATED: _____
24
                                              *Susan Illston* (signature)
25
                                              _____
26                                            Honorable Susan Illston
                                              United States District Court Judge
27

28

[PROPOSED] ORDER GRANTING MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT
Case No. CV 06-1647 SI                                                                    2
#817881