1  R. Bradford Huss, No. 71303
   Robert F. Schwartz, No. 227327
2  Clarissa A. Kang, No. 210660
   TRUCKER ✦ HUSS
3  A Professional Corporation
   120 Montgomery Street, 23rd Floor
4  San Francisco, California  94104
   Telephone:    (415) 788-3111
5  Facsimile:    (415) 421-2017
   E-mail:       ckang@truckerhuss.com
6

7  Attorneys for Plaintiff
   BOARD OF TRUSTEES OF THE
8  BOILERMAKER VACATION TRUST

9              UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 BOARD OF TRUSTEES OF THE          Case No. CV 06-1647 SI
   BOILERMAKER VACATION TRUST,
13                                   [PROPOSED] ORDER GRANTING
                  Plaintiff,         MOTION FOR ENTRY OF DEFAULT
14                                   AND DEFAULT JUDGMENT
15        vs.                        Date:        January 5, 2007
                                     Time:        9:00 a.m.
16 SKELLY, INC.; SKELLY MECHANICAL,  Courtroom:   10
   INC.,                             Judge:       Hon. Susan Illston
17               Defendant.

18        This matter came on regularly for hearing at 9:00 a.m. on January 5, 2007.   Having

19 considered the papers filed regarding this Motion, the pleadings on file, and the argument of

20 counsel, the Court finds:

21        Plaintiff's Motion for Entry of Default and Default Judgment is granted in its entirety.

22        THE COURT THEREFORE ORDERS THE FOLLOWING:

23        1.       Default is entered against Defendants;

24        2.       Default judgment is entered against Defendants and in favor of Plaintiff;
                            $32,768.79
25        3.       Plaintiff is awarded $~~32,603.91~~, which is the sum of known, unpaid contributions of

26 $24,111.42, twenty percent liquidated damages on that amount of  $4,822.28, and interest on the

27

28

Trucker ✦ Huss
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104

$3,195.91      $639.18

1   principal amounts of the overdue contributions and liquidated damages of $~~3,058.50~~ and $~~611.70,~~

2   respectively;

3          3.       Defendants shall submit to an audit by the Trust, at Defendants' expense, to

4   determine the extent of Skelly Mechanical, Inc.'s delinquency and ability to meet its obligations

5   under the CBA and Trust Agreement, from December 2004 and forward through the completion of

6   the audit;

7          4.       Defendants shall pay to the Trust any additional contributions, liquidated damages,

8   and interest (accrued through date of payment) determined to be unpaid and owed to the Trust as a

9   result of the audit in item 3 above;

10         5.       Skelly Mechanical shall perform and continue performing its obligations under the

11  Trust Agreement and the Collective Bargaining Agreement ("CBA");

12         6.       Skelly Mechanical shall submit to the Trust reports of the hours worked by its

13  employees, as required under the CBA and Trust Agreement;

14         7.       Plaintiff is awarded $24,286.25 representing the Board's attorney's fees and costs;

15  and

16         8.       This Court will retain jurisdiction over this Action to monitor Skelly Mechanical's

17  ongoing obligations to make contributions and other payments under the Trust Agreement and

18  CBA and to submit to the Trust reports of the hours worked by its employees as well as

19  Defendants' compliance with the audit ordered herein.

20

21         IT IS SO ORDERED.

22

23         1/26/07
     DATED: _____

24

25                                        _____
26                                              Honorable Susan Illston
                                                United States District Court Judge

27

28

Trucker ♦ Huss
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104